UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SDG&E CONSOLIDATED CASES | Case No.: 17-cv-02433-BAS (JLB)<br><br>Consolidated Case Nos.:<br>(1) 18-cv-01389-BAS (JLB)<br>(2) 18-cv-01390-BAS (JLB)<br>(3) 18-cv-01561-BAS (JLB)<br>(4) 18-cv-02482-BAS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE SCHEDULING ORDER DEADLINES**<br><br>**[ECF No. 146]** |

Before the Court is a Joint Motion to Continue the Scheduling Order Deadlines. (ECF No. 146.) For good cause shown, the Joint Motion is **GRANTED**. Accordingly, the current Scheduling Orders (ECF Nos. 109, 127, 137, 144) are modified as follows:

1. Plaintiff(s) (or the party(ies) having the burden of proof on any claim) shall serve on all parties a list of experts whom that party expects to call at trial on or before **January 15, 2021**. Defendant(s) (or the party(ies) defending any claim, counterclaim, crossclaim, or third party claim) shall serve on all parties a list of experts whom that party expects to call at trial on or before **January 15, 2021**. On or before **February 12, 2021**,

any party may supplement its designation in response to any other party's designation, so long as that party has not previously retained an expert to testify on that subject.  Expert designations shall include the name, address, and telephone number of each expert, and a reasonable summary of the testimony the expert is expected to provide.  The list shall also include the normal rates the expert charges for deposition and trial testimony.

The parties must identify any person who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence.  This requirement is not limited to retained experts.

**Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

2. All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **January 15, 2021**.  Any contradictory or rebuttal information shall be disclosed on or before **February 12, 2021**.  In addition, Fed. R. Civ. P. 26(e)(1) imposes a duty on the parties to supplement the expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the time that pretrial disclosures are due under Fed. R. Civ. P. 26(a)(3) (discussed below).  This disclosure requirement applies to all persons retained or specially employed to provide expert testimony, or whose duties as an employee of the party regularly involve the giving of expert testimony.

**Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

3. All fact and expert discovery shall be completed by all parties by **March 12, 2021**.  "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off

date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel shall file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

Discovery motions must be filed in the time and manner directed by Magistrate Judge Burkhardt (*see* Judge Burkhardt's Civil Chambers Rules on Discovery Disputes available on the Court's website). All discovery motions must be filed within 30 days of the service of an objection, answer, or response which becomes the subject of dispute, or the passage of a discovery due date without response or production, and only after counsel (and any unrepresented parties) have met and conferred to resolve the dispute **and** complied with Section IV.B. of Judge Burkhardt's Civil Chambers Rules.

4. All motions, other than motions to amend or join parties, or motions *in limine*, shall be filed on or before **March 15, 2021**. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. **Be advised that the period of time between the date you request a motion date and the hearing date may be up to sixty (60) days. Please plan accordingly.** Failure of counsel to timely request a motion date may result in the motion not being heard.

Any *Daubert* motions shall be filed along with motions for summary judgment unless no motions for summary judgment will be filed, in which case the parties may file *Daubert* motions along with motions *in limine*.

Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of the judge who will hear the

motion.  No reply memorandum shall exceed ten (10) pages without such leave of court.

5. Pursuant to Local Rule 7.1.f.3.c, **if an opposing party fails to file opposition papers in the time and manner required by Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the Court.**  Accordingly, all parties are ordered to abide by the terms of Local Rule 7.1.e.2 or otherwise face the prospect of any pretrial motion being granted as an unopposed motion pursuant to Local Rule 7.1.f.3.c.

6. A Mandatory Settlement Conference shall be conducted by ZoomGov video conference on **February 22, 2021** at **9:15 AM** before **Magistrate Judge Jill L. Burkhardt**.  Counsel or any party representing himself or herself shall lodge confidential settlement briefs directly to chambers by **February 12, 2021**.  No later than **February 17, 2021**, all parties shall lodge the contact info required by paragraph 5 of the Court's November 24, 2020 Order (ECF No. 144).  All other requirements and guidelines set forth in the Court's November 24, 2020 Order (ECF No. 144), except as otherwise explicitly modified by this Order, remain in effect.

7. The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than **March 15, 2021**.  **Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

8. In jury trial cases before the Honorable Cynthia Bashant, neither party is required to file Memoranda of Contentions of Fact and Law pursuant to Civil Local Rule 16.1.f.2.

9. Counsel shall confer and take the action required by Local Rule 16.1.f.4.a on or before **March 22, 2021**.

10. Counsel for the Plaintiff(s) must provide opposing counsel with the proposed pretrial order for review and approval and take any other action required by Local Rule 16.1.f.6.a on or before **March 29, 2021**.

11. The proposed pretrial order shall be lodged with the district judge's chambers on or before **April 5, 2021**, and shall be in the form prescribed in Local Rule 16.1.f.6.

12. The final Pretrial Conference is scheduled on the calendar of the **Honorable Cynthia Bashant** for Monday, **April 19, 2021** at **11:00 am**.

13. All motions *in limine* are due no later than **May 3, 2021**.

14. All responses to the motions *in limine* are due no later than **May 17, 2021**.

15. The parties shall submit the following no later than **May 17, 2021**: (1) joint proposed jury instructions; (2) proposed verdict form; (3) *voir dire* questions; and (4) statement of the case.

16. The parties shall exchange final exhibit and witness lists no later than **June 8, 2021**.

17. A hearing for motions *in limine* is scheduled for Monday. **June 7, 2021** at **10:30 am**.

18. The trial in this matter shall commence on Tuesday, **June 15, 2021** at **9:00 am**.

19. The dates and times set forth herein will not be modified except for good cause shown.

**IT IS SO ORDERED.**

Dated:  December 3, 2020

Hon. Jill L. Burkhardt
United States Magistrate Judge