# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SDG&E CONSOLIDATED CASES. | Case No. 17-cv-02433-BAS-JLB<br>Consolidated Case Nos.<br>(1) 18-cv-01389-BAS-JLB<br>(2) 18-cv-01390-BAS-JLB<br>(3) 18-cv-01561-BAS-JLB<br><br>**ORDER TO FILE AMENDED COMPLAINT** |

In 2019, Plaintiffs filed motions for leave to amend their complaints in the respective individual cases, attaching the proposed amended complaints. The Court granted the motions and Ordered Plaintiffs to file the proposed drafts as their amended complaints.[1] Plaintiffs never did so.

Because a proposed draft has no effect of an operative pleading, the Court **ORDERS** Plaintiffs to file the amended complaints on or before January 8, 2021. Pursuant to the

---

[1] Order, *De La Rosa v. San Diego Gas & Electric Co. et al.*, 3:18-cv-01389, ECF No. 33; Order, *Alires et al v. San Diego Gas & Electric Co. et al.*, 3:18-cv-01390, ECF No. 30; Order, *Cruz v. San Diego Gas & Electric Co. et al.*, 3:18-cv-01561, ECF No. 30.

1  Court's January 2, 2020 Order requiring the parties to file all documents in the lead case,
2  Plaintiffs shall file the amended complaints in the lead case (17cv2433).

4  **IT IS SO ORDERED.**

6  **DATED: January 4, 2021**

Hon. Cynthia Bashant
United States District Judge